IRELL & MANELLA LLP
Layn R. Phillips (103854)
lphillips@irell.com
Andra Barmash Greene (123931)
agreene@irell.com
Wendy Sugg (223335)
wsugg@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant
KFC U.S. PROPERTIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNY ARCHILA, individually, and on behalf of all other similarly situated current and former employees of KFC U.S. Properties, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> KFC U.S. PROPERTIES, INC., a Delaware corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:09-cv-0107 R (FMOx) <br><br> Hon. Manuel L. Real <br> (Magistrate Judge Fernando M. Olguin) <br><br> **PROTECTIVE ORDER REGARDING DISCLOSURE OF PUTATIVE CLASS MEMBERS** <br><br> <u>PROPOSED CLASS ACTION</u> <br><br> On removal from California Superior Court for the County of Los Angeles Case No. BC 399890 <br><br> Trial Date: August 11, 2009 |

Based on the Stipulation Regarding Disclosure of Putative Class Members signed by the parties (the "Stipulation"), it is hereby ORDERED that:

1. The Stipulation and this Order incorporate by reference the Protective Order entered by the Court on May 28, 2009 in *Archila, et al. v. KFC US Properties, Inc., et al.*, Case No. 2:09-cv-0107-R (FMOx) (the "Action").

2. KFC shall provide the name, last-known home address and last-known home phone number for Team Members employed by KFC U.S. Properties, Inc. in California restaurant locations between October 14, 2004 and June 3, 2009 (the "Putative Class List").

3. With regard to disclosure of the Putative Class List, the following restrictions in addition to those in the Protective Order shall apply:

   A) The Putative Class List shall only be used for purposes of this Action and may not be used for any other purpose;

   B) Plaintiff shall use the Putative Class List in good faith and shall not harass persons whose names and contact information appear on that list;

   C) The Putative Class List shall not be disclosed to anyone other than counsel of record, its employees providing active assistance with the Action (including law clerks, legal assistants, technical assistants, secretaries and clerks of such counsel) and any outside vendors utilized by counsel of record in connection with the Action, provided such vendors sign Exhibit A to this Stipulation and agree to abide by its terms and the terms of the Protective Order as more fully set forth in Paragraph 3F below;

   D) The identities of any persons on the Putative Class List shall not be disclosed to any putative class member, including named plaintiff, Kenny Archila;

| | | |
|---|---|---|
| | E) | Named plaintiff, Kenny Archila, shall not contact any other person on the Putative Class List regarding this Action. Any contact made on Plaintiff's behalf to any person on the Putative Class List for purposes of this Action shall be made only by counsel of record for Plaintiff, its employees providing active assistance with the Action (including law clerks, legal assistants, technical assistants, secretaries and clerks of such counsel) and any outside vendors utilized by counsel of record in connection with the Action; |
| | F) | In the event that a party discloses the Putative Class List to any outside vendor or third party working at counsel of record's direction, the disclosing party agrees to secure from such person a signed written acknowledgment (the "Acknowledgment") confirming that such person knows the terms of this Stipulation and that such person agrees to be bound by the terms of the Stipulation, this Order and the terms of the Protective Order, and that such person agrees to submit his or her person to the jurisdiction of the above-entitled Court for the purpose of securing compliance with the terms of the Stipulation and Order. The parties agree to secure the executed Acknowledgment before disclosing the Putative Class List. The parties agree that the Acknowledgment shall be in the form attached to the Stipulation as Exhibit A. The parties further agree to retain such Acknowledgments and to submit them to the Court for *in camera* review in the event that a party alleges that the terms of the Stipulation and Order have been violated. Neither party has an obligation to reveal directly to the other the identities of persons who execute written Acknowledgements. |

1      4.    The Stipulation and this Order shall remain in full force and effect at all times throughout the pendency of this Action and thereafter.

    5.    At the conclusion of the Action, all copies of the Putative Class List shall be returned to counsel for KFC.

Dated: June 23, 2009

_____
Hon. Manuel L. Real
United States District Judge

# **EXHIBIT A**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNY ARCHILA, individually, and on behalf of all other similarly situated current and former employees of KFC U.S. Properties, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> KFC U.S. PROPERTIES, INC., a Delaware corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:09-cv-0107 R (FMOx) <br><br> Hon. Manuel L. Real <br> (Magistrate Judge Fernando M. Olguin) <br><br> **CONFIDENTIALITY ACKNOWLEDGEMENT** <br><br> PROPOSED CLASS ACTION <br><br> On removal from California Superior Court for the County of Los Angeles Case No. BC 399890 <br><br> Trial Date: August 11, 2009 |

This is to certify I have read the Stipulation Regarding Disclosure of Putative Class Members and the Protective Order entered in the above-entitled matter and agree (a) to be bound by the terms and conditions listed therein; and (b) to be subject to the jurisdiction of the Court and any sanctions imposed by the Court in the event the Court determines I have violated the terms of Stipulation Regarding Disclosure of Putative Class Members and/or the Protective Order.

Dated: _____

_____
Signature

_____
Print Name